**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COALITION FOR AFFORDABLE UTILITY : No. 616 MAL 2015
SERVICES AND ENERGY EFFICIENCY :
IN PENNSYLVANIA; THE TENANT :
UNION REPRESENTATIVE NETWORK : Petition for Allowance of Appeal from
AND ACTION ALLIANCE OF SENIOR : the Order of the Commonwealth Court
CITIZENS OF GREATER PHILADELPHIA :
:
:
:
v. :
:
:
:
PENNSYLVANIA PUBLIC UTILITY :
COMMISSION :
:
:
RETAIL ENERGY SUPPLY ASSOCIATION, :
PHILADELPHIA AREA INDUSTRIAL ENERGY :
USERS GROUP, OFFICE OF SMALL :
BUSINESS ADVOCATE, OFFICE OF :
CONSUMER ADVOCATE, FIRST ENERGY :
SOLUTIONS CORP., DIRECT ENERGY :
SERVICES, LLC, :
          Intervenors :
:
:
:
:
:
PETITION OF: PENNSYLVANIA PUBLIC :
UTILITY COMMISSION :

TANYA J. MCCLOSKEY, ACTING : No. 617 MAL 2015
CONSUMER ADVOCATE :
:
:
: Petition for Allowance of Appeal from
v. : the Order of the Commonwealth Court
:
:
:
PENNSYLVANIA PUBLIC UTILITY :
COMMISSION :
:
:
:
:
:
:

TENANT UNION REPRESENTATIVE
NETWORK, RETAIL ENERGY SUPPLY
ASSOCIATION, PPL ENERGYPLUS LLC,
OFFICE OF SMALL BUSINESS ADVOCATE,
DIRECT ENERGY SERVICES LLC, COALITION
FOR AFFORDABLE UTILITY SERVICES AND
ENERGY EFFICIENCY IN PENNSYLVANIA,
CAUSE PA, ACTION ALLIANCE OF SENIOR
CITIZENS OF GREATER PHILADELPHIA,

    Intervenors

  PETITION OF:  PENNSYLVANIA PUBLIC
UTILITY COMMISSION

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 5th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.